UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

KENNETH L. DIXON

CIVIL ACTION

VERSUS

LOUISIANA DEPARTMENT OF
ENVIRONMENTAL QUALITY
and GREGORY BUXTON

NO. 05-1303-C

## ORDER

This matter is before the court on a Motion in Limine to Exclude Witness Testimony at Trial and Employment Records (Doc. No. 52) filed by plaintiff, Kenneth L. Dixon, and a Motion in Limine to Exclude Expert Testimony (Doc. No. 57) filed by defendant, Louisiana Department of Environmental Quality ("DEQ"). DEQ has filed opposition to plaintiff's motion in limine.

In this suit, plaintiff alleges that while employed at DEQ, he was subjected to sexual harassment, a hostile work environment and forced to resign.

Through plaintiff's motion in limine, plaintiff seeks an order excluding all of DEQ's witnesses and plaintiff's employment records with DEQ. Plaintiff contends that the witnesses were not disclosed to plaintiff until the Pre-trial Order was prepared over three months after the discovery deadline. Plaintiff also seeks an order excluding his DEQ employment records because plaintiff has not authorized the release of his employment records.

Doc#1742

Through DEQ's motion in limine, DEQ seeks a motion in limine to exclude the expert testimony of Dr. Joseph G. Delatte. DEQ asserts that plaintiff has not submitted an expert report for Dr. Delatte to DEQ by the deadline set forth in the scheduling order, and therefore, Dr. Delatte should not be allowed to testify at the trial.

The court has broad discretion in disposing of a motion in limine.[1] The court has reviewed both's parties' motions in limine and will defer, until trial, a decision on whether these witnesses and/or evidence (employment records) should be excluded. Accordingly,

IT IS ORDERED that a ruling on the Motion in Limine to Exclude Witness and Testimony at Trial and Employment Records filed by plaintiff, Kenneth L. Dixon, and the Motion in Limine to Exclude Expert Testimony filed by defendant, the Louisiana Department of Environmental Quality, is DEFERRED until trial.

Baton Rouge, Louisiana, this 6th day of March, 2008.

RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] See **Geiserman v. MacDonald,** 893 F.2d 787, 790-91 (5th Cir. 1990).

Doc#1742